Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Patricia Herta Maria Dewus

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA HERTA MARIA DEWUS, <br><br>    Plaintiff, <br><br>    vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br>    Defendant | Case No.: CV 12-4128 MRW <br><br> {~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $2,100.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: February 11, 2013

_____
THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

1  Respectfully submitted,

2  LAW OFFICES OF Rohlfing & Kalagian, LLP

3      /s/ *Marc V. Kalagian*
   _____
4  Marc V. Kalagian
Attorney for plaintiff Patricia Herta Maria Dewus

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26