1 Marc V. Kalagian
Attorney at Law: 149034
2 Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
3 Long Beach, CA 90802
Tel.: (562)437-7006
4 Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com
5
Attorneys for Plaintiff
6 Patricia Herta Maria Dewus

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 PATRICIA HERTA MARIA DEWUS,  ) Case No.: CV 12-4128 MRW
                                )
12       Plaintiff,              ) {PROPOSED} ORDER AWARDING
                                ) EQUAL ACCESS TO JUSTICE ACT
13   vs.                         ) ATTORNEY FEES AND EXPENSES
                                ) PURSUANT TO 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,            ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security, ) U.S.C. § 1920
15                               )
         Defendant               )
16 _____ )

17

18   Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20   IT IS ORDERED that fees and expenses in the amount of $2,100.00 as

21 authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by

22 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

23 DATE: February 11, 2013

24                                  _____
                                    THE HONORABLE MICHAEL R. WILNER
25                                  UNITED STATES MAGISTRATE JUDGE

26

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF Rohlfing & Kalagian, LLP

3 | /s/ *Marc V. Kalagian*
_____
4 | Marc V. Kalagian
Attorney for plaintiff Patricia Herta Maria Dewus